# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| LORENZO EADY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV418-231 |
| | ) | |
| GEORGIA REGIONAL HOSP., *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

Plaintiff filed a Complaint "supersed[ing] any express or implied contract that may arise out of [ ] being held captive" and levying various charges of "treason" against various governmental entities and officials. Doc. 1. He identifies himself as "an emortal [*sic*] living soul," "a living man under the Seal: Lorenzo Eady Jr and the lawful owner of the landed Estate known as LORENZO EADY, JR and its real property and interest." *Id.* at 6. In lieu of complying with the Court's order to pay his filing fee or seek to proceed *in forma pauperis* (doc. 2), Eady filed a "motion for equitable relief" containing a "UCC Financing Statement" and "Notice of Lien," apparently referring this Court to procure his filing fee from

"collateral" owned by *defendants*. Doc. 4 at 3-5; doc. 5 at 2-4; *see also* doc. 1 at 1 (explaining that he is entitled "to proceed without any compensation" but cannot proceed IFP because he is "a credit" and "a claimant" in the matter, "not a defendant.").

As before, he peppered these nonsensical filings with sovereign citizen gobbledygook. *See* doc. 4 at 1 ("Done under my freewill, act, Deed, Seal: Lorenzo Eady Jr, Agent Attorney-in-fact"); doc. 5 at 6 ("Lorenzo Eady, Jr., the living man created in the image [of] God with indefensible title to my land, and lawful owner of the landed estate known as LORENZO EADY, Jr., as the grantee on the warrant (grant) deed for the real estate described on the attached certified copy of said deed."); *id*. at 8 (receipt of newspaper publication of 2015 registration of the "trade name" "Lorenzo Eady, Jr.").

Eady's language has all the hallmarks of the "sovereign citizen" theory that has been consistently rejected by the federal courts as an utterly frivolous attempt to avoid the statutes, rules, and regulations that apply to *all* litigants, regardless of how they portray themselves.[1] *See, e.g.,*

---

[1]   Eady's pleadings repeatedly cite the Uniform Commercial Code, and so-called "sovereign citizens" often file "lots of rambling, verbose" pleadings that, *inter alia*, "rely heavily on the Uniform Commercial Code." *United States v. Perkins*, 2013 WL

*United States v. Sterling*, 738 F.3d 228, 233 n.1 (11th Cir. 2013) (noting that courts routinely reject sovereign citizen legal theories as "frivolous") (citing *United States v. Benabe*, 654 F.3d 753, 761-67 (7th Cir. 2011) (recommending that sovereign citizen theories "be rejected summarily, however they are presented")); *Roach v. Arrisi*, 2016 WL 8943290 at *2 (M.D. Fla. 2016) (noting that sovereign citizen theories have not only been consistently rejected by the courts, but they have been described as "utterly frivolous," "patently ludicrous," and "a waste of . . . the court's time, which is being paid for by hard-earned tax dollars") (cite omitted); *United States v. Alexio*, 2015 WL 4069160 at *3 (D. Hawaii 2015).

Given the absolute frivolity of Eady's filings, his case should be **DISMISSED**. *See* 28 U.S.C. 1915(e)(2) (requiring dismissal "at any time if the court determines that," *inter* alia, the action is frivolous). This Report and Recommendation (R&R) is submitted to the district judge

---

3820716, at *1-2 (N.D. Ga. 2013); *see, e.g.,* doc. 6 (referring to a random "contract book" as the source of a five-day limitations period and "UCC Law" for a ten-day deadline for this Court to rule on his case). His reference to himself in the third person as "a living man" and "living emortal soul" is also typical of such frivolous sovereign-citizen claptrap. *Trevino v. Florida*, 687 Fed. Appx. 861, 862 (11th Cir. 2017) (dismissing as frivolous sovereign citizen lawsuit filed by a "living, breathing, flesh and blood human being"); *Alexio, 2015 WL 4069160 at *3* (noting that sovereign citizens believe in a "somewhat mystical distinction between a 'person' and a 'human being'").

assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this ___5th___ day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA