IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LORENZO EADY, JR.,

    Petitioner,

v.

GEORGIA REGIONAL HOSPITAL AT SAVANNAH, et al.,

    Respondents.

CIVIL ACTION NO.: 4:18-cv-231

# O R D E R

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's November 5, 2018 Report and Recommendation, (doc. 8), to which Petitioner filed Objections, (doc. 19). The Court **OVERRULES** Petitioner's Objections and **ADOPTS** the Report and Recommendation as the opinion of the Court.

In his Objections, Petitioner states that he did in fact pay his $5.00 filing fee. While this is correct, it does not speak to the Magistrate Judge's finding that the matter should be dismissed on frivolity grounds. The Court concurs with that finding and **DISMISSES** Petitioner's Petition for a Writ of Habeas Corpus, (doc. 1). Additionally, the Court **DENIES AS MOOT** all of Petitioner's pending motions and **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 15th day of January, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA