# United States District Court
## Southern District of Georgia

Lorenzo Eady, Jr.,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:18-cv-231

Georgia Regional Hospital at Savannah, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 1/15/19 adopting the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court overrules the objections, and dismisses the Petitioner's petition pursuant 28 U.S.C. 2254 and CLOSES this civil action.

Approved by: _____



1/24/19
Date

Scott L. Poff
Clerk

(By) Deputy Clerk